UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| YOO JIN KIM, | : | CASE NO. 18-68287-JWC |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Yoo Jin Kim, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 20-06193-JWC |
| KEVIN DONG IL CHANG, and | : | |
| GEUM HEE KIM, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF SUBPOENA**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee and plaintiff herein, and gives notice in accordance with Fed. R. Civ. P. 45(b)(4), as made applicable by Fed. R. Bankr. P. 9016, of the subpoena served on The Zdrilich Law Group, LLC, proof of service of which is attached hereto and incorporated herein by reference as Exhibit "A."

Dated: December 31, 2020

Respectfully submitted,

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
michael.bargar@agg.com
Phone: 404-873-7030
*Attorneys for Chapter 7 Trustee*

16031658v1

**EXHIBIT "A" FOLLOWS**

16031658v1

U.S. Bankruptcy Court - Northern District of Georgia

| | |
|---|---|
| S. GREGORY HAYS, : Chapter 7 Trustee for the Estate of : Yoo Jin Kim<br>Plaintiff/Petitioner<br>vs.<br>**KEVIN DONG IL CHANG, and : GEUM HEE KIM**<br>Defendant/Respondent | Case No.: **18-68287-JWC**<br><br>AFFIDAVIT OF SERVICE OF<br>**SUBPOENA TO THE ZDRILICH LAW GROUP, LLC FOR THE PRODUCTION OF DOCUMENTS** |

Received by **Berhane Tassaw**, on the **23rd day of December, 2020 at 10:12 AM** to be served upon **THE ZDRILICH LAW GROUP, LLC at 3575 KROGER BLVD. SUITE 125, DULUTH, Gwinnett County, GA 30096**.
On the **23rd day of December, 2020 at 3:36 PM**, I, **Berhane Tassaw, SERVED THE ZDRILICH LAW GROUP, LLC** at **3575 KROGER BLVD. SUITE 125, DULUTH, Gwinnett County, GA 30096** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Johanes Thomas**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Paralegal,PERSON AUTHORIZED TO ACCEPT**, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a brown-haired white female approx. 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Berhane Tassaw    Server ID # n/a    Date: 12/23/2020

Notary Public: Subscribed and sworn before me on this 23 day of Dec in the year of 2020
Personally known to me ✓ or ____ identified by the following document:

Number/Reference:_____
Type:_____
Notary Public for State of:_____
Commission Expiration:_____

Notary Public (Legal Signature)

Halle Kahssu
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 01/30/2023




## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the following parties with a true and correct copy of the foregoing by first class United States Mail to the following entities at the addresses stated:

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328

      This 31st day of December, 2020.

                                            By: */s/ Michael J. Bargar*
                                                Michael J. Bargar
                                                Georgia Bar No. 645709

16031658v1