UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| YOO JIN KIM, | : | CASE NO. 18-68287-JWC |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Yoo Jin Kim, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 20-06193-JWC |
| KEVIN DONG IL CHANG, and | : | |
| GEUM HEE KIM, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Yoo Jin Kim and plaintiff herein, and Kevin Dong Il Chang ("**Mr. Chang**") and Geum Hee Kim ("**Ms. Kim**," and collectively with Mr. Chang, the "**Defendants**"), defendants herein, by and through their respective undersigned counsel, and, pursuant to Federal Rules of Bankruptcy Procedure Rule 7041 and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this adversary proceeding and all claims raised herein.

17277818v1

Respectfully submitted this 26th day of October, 2021.

                                                ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709

171 17th Street, NW, Suite 2100    michael.bargar@agg.com
Atlanta, GA 30363    404-873-7030


By: */s/ Charles M. Clapp*
    Charles M. Clapp
    *Attorney for Defendants*
(*with express permission by MJB*)
Georgia Bar No. 101089
charles@lawcmc.com
404-585-0040

5 Concourse Parkway NE, Suite 3000
Atlanta, GA 30328

2

17277818v1

CERTIFICATE OF SERVICE

  This is to certify that I, Michael J. Bargar, am over the age of 18, and that I have this date served a true and correct copy of the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* by electronic mail to the following entities at the addresses stated:

Charles M. Clapp
*charles@lawcmc.com*


  Dated: October 26, 2021.

              */s/ Michael J. Bargar*
              Michael J. Bargar
              Georgia Bar No. 645709

17277818v1